## Gridley Jr, Daniel (USAOKW)

| | |
|---|---|
| **From:** | Gridley Jr, Daniel (USAOKW) |
| **Sent:** | Tuesday, September 2, 2025 6:18 PM |
| **To:** | Traci Rhone |
| **Cc:** | Tanya Morris; Ellis, Laney (USAOKW); Whelan, Marlene (USAOKW) |
| **Subject:** | RE: USA v. Brown, CR-25-188-D |
| **Attachments:** | CA7753_Report_2025-04-02T09_23_35.289-05_00.csv |

Traci-

We have provided you with all the Flock photos which we have. Attached is a spreadsheet documenting Flock captures from March 3-28, 2025, on the Altima tag.

We provided you with all of the Oklahoma Turnpike Authority documentation which we have and were obtained via subpoena. If you would like further information from OTA, you should contact OTA directly.

If you would still like to inspect the phone, we will make it available for your physical inspection at our office. The phone is still in Tulsa, but my agent will be getting it soon. You will be able to see and view the phone itself (including checking IMEI numbers), however, you will not be able to turn it on or otherwise manipulate the phone. That is the purpose of the cellphone download—to preserve the integrity of the digital evidence. If you would like an independent data extraction, please let us know and designate a forensic expert. We will make the appropriate arrangements to allow for that expert to make a secondary data extraction.

Let me know if you have any further questions or request.

Regards,

Dan Gridley
United States Attorney Office - WDOK
Desk: 405.553.8760
Mobile: [redacted]

**From:** Traci Rhone <Traci_Rhone@fd.org>
**Sent:** Saturday, August 30, 2025 1:05 AM
**To:** Gridley Jr, Daniel (USAOKW) <Daniel.Gridley.Jr@usdoj.gov>; Ellis, Laney (USAOKW) <Laney.Ellis@usdoj.gov>
**Cc:** Tanya Morris <Tanya_Morris@fd.org>
**Subject:** [EXTERNAL] USA v. Brown, CR-25-188-D

Dan and Laney,

Find attached Mr. Brown's third formal discovery request.

Sincerely,

Traci L. Rhone
Assistant Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee, Suite 109



GOVERNMENT EXHIBIT 1