verizon
VERIZON LEGAL COMPLIANCE
180 WASHINGTON VALLEY ROAD
NEW JERSEY NJ 07921
Phone: 800-451-5242 Fax:800-267-9129

August 4, 2025

FBI
ERF BUILDING 27958A ATTN: FBI ETMU
QUANTICO VA 22135

**Verizon Case #: 25267417**

State of New Jersey

ss:

County of Somerset

I, RAMON SANDOVAL, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached pages of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ RAMON SANDOVAL

Certification following Federal Rules of Evidence, Rules 902 & 803.

GOVERNMENT EXHIBIT
2